**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| IN RE ZAPPOS.COM, INC., CUSTOMER DATA SECURITY BREACH LITIGATION,<br><br>This Order applies to all actions | 3:12-cv-00325-RCJ-VPC<br>MDL No. 2357<br><br>**Order** |

    These actions arise out of a security breach of Defendant Zappos.com, Inc.'s ("Zappos") computer networks in January 2012.

    On June 14, 2012, the United States Judicial Panel on Multidistrict Litigation transferred nine actions to this Court pursuant to 28 U.S.C. § 1407 for coordinated or consolidated pretrial proceedings. (See MDL Transfer Order (#1).) The parties are therefore advised that the Local Rules of the District of Nevada apply to these proceedings in addition to the Federal Rules of Civil Procedure.

    On June 14, 2012, Defendant Zappos' Motion to Compel Arbitration and Stay Action (#3) was filed in this Court.[1] As the issues set forth in the motion are potentially dispositive of all the member cases, the Court will order the parties to submit their joinders and/or

---

[1] Zappos's Motion to Compel Arbitration and Stay Action was originally filed as Doc. #26 in District of Nevada case No. 2:12-cv-00182.

oppositions and to present their respective oral arguments to the Court.

**IT IS, THEREFORE, HEREBY ORDERED** that the parties shall have up to an including August 30, 2012 within which to submit their joinders or oppositions to Zappos' Motion to Compel Arbitration and Stay Action (#3). Replies shall be due on September 6, 2012.

**IT IS FURTHER ORDERED** that oral argument regarding Zappos' Motion to Compel Arbitration and Stay Action (#3) is set for Wednesday, September 19, 2012 at 9:00am.

**IT IS FURTHER ORDERED** that Defendant Zappos' Motion to Transfer (#2) and Plaintiffs Stephanie Priera, Robert Ree, Shari Simon, and Kathryn Vorhoff's Motion for Leave to File Sur-Reply (#4) are **DENIED** as moot.

DATED: August 3, 2012.

_____
UNITED STATES DISTRICT JUDGE

2