MORRIS LAW GROUP
Robert McCoy, No. 9121
Email: rrm@morrislawgroup.com
Raleigh C. Thompson, No. 11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland *(Pro HacVice)*
Email: jstrickland@stroock.com
Steven J. Newman *(Pro Hac Vice)*
Email: snewman@stroock.com
Brian C. Frontino *(Pro Hac Vice)*
Email: bfrontino@stroock.com
Jeffrey B. Bell *(Pro Hac Vice)*
Email: jbell@stroock.com
2029 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone:  (310) 556-5800
Facsimile:  (310) 556-5959

Attorneys for Defendant
Zappos.com, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE ZAPPOS SECURITY BREACH LITIGATION | ) MDL: 2357 <br> ) Case No. 3:12-cv-00325-RCJ-VPC <br> ) |
| ------------------------------------- | ) **ERRATA TO ZAPPOS.COM,** <br> ) **INC.'S MOTION TO DISMISS** |
| This document relates to: | ) **COMPLAINTS (#62)** <br> ) |
| ALL ACTIONS <br> _____ | ) <br> ) |

Defendant Zappos.com, Inc. ("Zappos") files this errata to correct the header to the caption and signature block in its Motion to Dismiss Complaints (#62), filed on December 14, 2012, which incorrectly identify

1  Zappos's counsel as representing entities (in addition to Zappos) who are
2  not parties to any of the cases in this MDL proceeding.  This errata includes
3  the corrected caption header and signature block.

          MORRIS LAW GROUP

          By  /s/ Raleigh C. Thompson
           Robert McCoy, No. 9121
           Raleigh C. Thompson, No. 11296
           900 Bank of America Plaza
           300 South Fourth Street
           Las Vegas, Nevada  89101

          STROOCK & STROOCK & LAVAN LLP
          Julia B. Strickland *(Pro Hac Vice)*
          Stephen J. Newman *(Pro Hac Vice)*
          Brian C. Frontino *(Pro Hac Vice)*
          Jeffrey B. Bell *(Pro Hac Vice)*
          2029 Century Park East, Suite 1600
          Los Angeles, California 90067

          Attorneys for Defendant
          Zappos.com, Inc.

MORRIS LAW GROUP
900 BANK OF AMERICA PLAZA • 300 SOUTH FOURTH STREET • LAS VEGAS, NEVADA 89101
702/474-9400 • FAX 702/474-9422

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification on the 20th day of December, 2012.


By /s/ Heather Suter