# Group Exhibit 1

BEN BARNOW
BARNOW AND ASSOCIATES
*a professional corporation*
ATTORNEYS AT LAW

Ben Barnow is nationally recognized for his experience in leading some of the nation's largest consumer class actions. In that capacity, he has successfully led the prosecution of a number of large-scale class actions relating to consumer protections issues, consumer data security breaches, and antitrust violations. He has been appointed to and served in leadership positions in cases located throughout the nation, in both state and federal courts, including a number of MDL proceedings.

During his over forty-year legal career, Ben Barnow has represented both plaintiffs and defendants in many types of litigation and has engaged in significant transactional work. For a substantial number of years, he acted as General Counsel to one of the world's largest public relations agency and presided as chairman of certain retirement trusts.

Ben Barnow graduated from the University of Wisconsin in June of 1966 with a Bachelor's degree in Business Administration. He received his Juris Doctor from the University of Michigan Law School in May of 1969. He is licensed to practice in the State of Illinois and the State of New York.  Mr. Barnow is also admitted to practice before the Supreme Court of the United States of America, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Northern District of Illinois, and the United States District Court for the Eastern District of Wisconsin. He is a member of the American Bar Association, the Association of Trial Lawyers of America, the Illinois State Bar Association, and the Chicago Bar Association. He has also served as a member of the Panel of Arbitrators of the American Arbitration Association; in that capacity, he arbitrated a number of disputes. He is listed in Martindale-Hubbell with an AV rating.

Ben Barnow was an Associate Professor at Northern Michigan University from 1969-1971, where he taught business law and unfair competition. Mr. Barnow joined the law firm of Herrick, McNeill, McElroy & Peregrine in July 1971, where he became a partner in 1977.

## Selected Litigation Cases

### Consumer Protection Cases

Ben Barnow has served in leadership positions in a number of consumer protection cases, including, among others:

***Schwab v. America Online, Inc.* (America Online Access Litigation).** Ben Barnow served as Class Counsel and Co-Chair in this highly publicized litigation relating to AOL's representation that

users would have unlimited access to AOL for $19.95/month and the connectivity problems that ensued in conjunction therewith. In the face of what was ultimately over one hundred class actions filed nationwide, Mr. Barnow organized over 50 law firms and set up the co-chairmanship and the Executive Committee, which brought order and resolution to this litigation. A settlement was reached and has been granted final approval, resulting in a multi-million dollar benefit to a Class estimated to include over 8 million people.

***In Re: Chicago Flood Litigation.*** As Co-Lead Class Counsel and a member of the Executive Committee, Ben Barnow was responsible for several major aspects of this class action, which included years of litigation, appellate practice, trial, and a multi-million settlement. Mr. Barnow argued a related portion of the matter before the Supreme Court of the United States, *Jerome B. Grubart, Inc. v. Great Lakes Dredge & Dock Co.*, 513 U.S. 527 (1995), and was responsible for preparing the petition for writ of certiorari and all related filings. At the Supreme Court level, opposing counsel was John Roberts, who now sits as Chief Justice of the Supreme Court of the United States.

***Orrick v. Sonic Communications.*** Ben Barnow was one of Lead Class Counsel in this matter relating to the practice known as "slamming." The private actions and actions filed on behalf of various Attorneys General were consolidated. A settlement covering all of the pending cases and providing benefits of approximately $8.3 million was achieved and granted final approval. This litigation is believed to be the first class certification and class settlement relating to the practice known as "slamming."

***Heilman v. Perfection Corp.*** Ben Barnow served as Co-Lead Class Counsel in this national class action concerning allegedly defective dip tubes in over 14.2 million hot water tanks sold throughout the United States. In this capacity, Mr. Barnow organized twenty-three law firms and oversaw numerous filings in bringing about a national unified settlement that provided for a 100% recovery of out-of-pocket expenses and requisite repairs, including preventive replacement of all concerned dip tubes, whether or not the dip tubes had actually failed.

***Siegel v. Syncronys.*** Ben Barnow was Co-Class Counsel in this nationwide class action concerning an allegedly defective computer product. The matter was settled, resulting in a remedy for the Class that provided for a 100% reimbursement on moneys spent for the product; the value of the settlement was estimated at $22 million.

***Schneider v. Dominick's Finer Foods, Inc.*** Ben Barnow was Co-Class Counsel in this matter relating to the defendant's alleged failure to deliver on representations of 100% ground beef. A settlement was reached and granted final approval, which included significant remedial relief in the form of shop signage regarding cleanliness and meat grinding practices, and fluid recovery mechanisms to compensate the class members by way of in-store sales and published coupons.

***Schwab v. Binney & Smith.*** Ben Barnow served as Co-Lead Class Counsel in this case relating to crayons produced for decades with talc, which allegedly contained, or was subject to containing, asbestos. Mr. Barnow negotiated a national class settlement that contributed to the reformulation

of most crayons produced in this country, so as to eliminate the inclusion of talc and, thus, the alleged asbestos inclusion, and the settlement was granted final approval. This represented one of the largest classes ever certified, if not the largest.

**In Re: Mercury Class Action Litigation.** Ben Barnow served as Co-Lead Class Counsel in this case relating to the location of mercury-containing gas regulators in and on real estate. A settlement was reached and granted final approval that provided for medical monitoring, removal of the regulators, and cash compensation to certain class members.

**In Re: Starlink Corn Products Liability Litigation, MDL No. 1403.** Ben Barnow served as Co-Lead Class Counsel in this MDL proceeding relating to the alleged inclusion of genetically engineered corn in the defendants' food products. A settlement was reached, valued at $9 million, including the return of up to $6 million to consumers on a fluid recovery/*cy pres* basis through price reduction on future purchases coupled with a cash payment to approved charities based on shortfall in the redemption.

**Boland v. McDonald's Corp. (McDonald's Sweepstakes Litigation).** As Co-Lead Class Counsel in this litigation, Ben Barnow coordinated the efforts of approximately 25 plaintiffs' firms. The litigation concerned certain McDonald's promotional games and arose from the fraudulent removal of winning game pieces from random public distribution. Mr. Barnow developed and accomplished the settlement concept, to wit, for a chance lost, a chance would be given. The settlement, valued at approximately $20 million, included fifteen $1 million prizes given away by random selection. The settlement included the United States and nine other countries.

**Fernandez v. Vitamin Shoppe Industries, Inc.** Ben Barnow served as Co-Lead Counsel in this national class action that settled, resulting in injunctive relief regarding labeling practices, and additional relief by way of discount coupons and *cy pres* relief to appropriate charities.

**In Re: United Parcel Service, Inc., Shipper Excess Value Insurance Coverage Litigation.** Ben Barnow was one of Settlement Class Counsel in this litigation. A settlement was reached and granted final approval, providing relief to UPS shippers who had paid premiums for excess value insurance coverage.

**Smith v. J.M. Smucker Co.** Ben Barnow was Class Counsel in this litigation relating to allegedly deceptive advertising practices. Mr. Barnow negotiated a national settlement and organized a group of plaintiffs' counsel from over 25 firms throughout the country who supported the settlement. The settlement was granted final approval, making available valuable relief to consumers of spreadable fruit products labeled "Simply 100% Fruit," including a change of labeling practices by the defendant, which added and maintained the following language, in prominent fashion, on the front label of its Simply 100% Fruit products: "Sweetened with fruit syrup from apple, pineapple or pear juice concentrate," thus fairly and fully advising consumers of the product they were purchasing.

***Rosen v. Ingersoll-Rand Co., Kryptonite Corp.*** Ben Barnow was Co-Lead Class Counsel in this matter relating to allegedly defective bicycle locks. Mr. Barnow organized 18 U.S. and Canadian law firms and negotiated a settlement on behalf of Class members in the United States and Canada. The settlement was granted final approval, providing valuable relief to purchasers of the allegedly defective U-shaped tubular cylinder bicycle locks throughout the United States and Canada.

***Gianopolous v. Interstate Brand Corp. and Interstate Bakeries Corp.*** Ben Barnow was appointed one of Class Counsel in this litigation concerning allegedly adulterated bakery goods. A settlement was reached and granted final approval, making valuable relief available to consumers.

***Palace v. DaimlerChrysler Corp.*** Ben Barnow was one of Co-Lead Class Counsel in this litigation relating to the defendant's alleged sale of Neon model vehicles containing defective head gaskets. After several years of contested litigation, a settlement was reached and granted final approval, making up to $8.25 million available to Class members for reimbursement of repair costs and other expenses.

***In Re: M3Power Marketing Practices Litigation,*** **MDL No. 1704.** Ben Barnow was appointed Co-Lead Class Counsel in this MDL proceeding relating to the defendant's allegedly deceptive marketing and sale of M3Power shaving razors. A settlement was reached and granted final approval, making available benefits of more than $7 million to Class members.

***In Re High Sulfur Content Gasoline Products Liability Litigation,*** **MDL No. 1632.** Ben Barnow served as Co-Lead Settlement Class Counsel in this 26-case MDL proceeding relating to the defendant's alleged sale of defective gasoline. A settlement was reached and has been granted final approval, resulting in approximately $100 million being made available towards the satisfaction of consumers' claims.

***Stelk v. BeMusic, Inc.*** Ben Barnow served as Co-Lead Class Counsel in this litigation relating to charges for shipping and handling in the context of a "free" offer. The Class included an estimated 16 million members. A settlement was reached and granted final approval providing substantial relief to a Class estimated to include 16 million members, including a guaranteed minimum of $8 million.

***Schulte v. Fifth Third Bank.*** Ben Barnow served as one of Co-Lead Settlement Class Counsel in this action relating to allegations that the defendant unlawfully re-sequenced debit card transactions in order to maximize overdraft fees. In this capacity, he negotiated a settlement with Defendant's counsel providing for the establishment of a $9.5 million settlement fund and including substantial injunctive relief, the present value of which Plaintiffs' expert estimated to be approximately $58.8 million over five years and $108.3 over ten years. The settlement has been granted final approval.

***Ori v. Fifth Third Bank.*** Ben Barnow served as one of Co-Lead Settlement Class Counsel in this action relating to inactive mortgage loans that were erroneously reported as active to Consumer Credit Reporting Agencies. The Settlement Class included approximately 55,000 individuals, and the settlement made available cash benefits of approximately $3,000,000 to members of the Settlement Class. Final approval of the settlement has been granted.

**Consumer Data Security Breach Cases**

Ben Barnow has been appointed a lead class counsel and has settled a number of the nation's largest data security breach consumer class actions, including:

***In Re: TJX Retail Security Breach Litigation,*** **MDL No. 1838.** Ben Barnow served as one of Co-Lead Settlement Class Counsel for the Consumer Track in this MDL proceeding relating to the theft of approximately 45,000,000 credit and debit card numbers used at TJX stores and the personal information of over 454,000 TJX customers. Mr. Barnow took the lead in negotiating a settlement with TJX's attorneys that made available benefits valued at over $200 million to the Class. The Honorable Judge Young granted final approval to the settlement, which he referred to as "excellent" and as containing "innovative" and "groundbreaking" elements.

***Lockwood v. Certegy Check Services, Inc.*** Ben Barnow served as one of Co-Lead Settlement Class Counsel in this consolidated proceeding relating to the theft of approximately 37 million individuals' private and confidential information from Certegy Check Services, Inc.'s computer databases. Mr. Barnow organized all plaintiffs' counsel and pending cases without the benefit of an MDL and negotiated a settlement that was granted final approval, making benefits valued at over $500 million available to Settlement Class Members. At the final fairness hearing, the Honorable Judge Merryday described the settlement as a "good deal," providing "a real benefit to a large class of persons" as "the result of the focused attention of skilled counsel for a protracted time."

***In Re: Countrywide Fin. Corp. Customer Data Security Breach Litigation,*** **MDL No. 1998.** Ben Barnow served as one of Co-Lead Settlement Class Counsel in this forty-case MDL proceeding relating to a former Countrywide employee's theft and sale of millions of Countrywide customers' private and confidential information. Mr. Barnow negotiated a settlement that has been granted final approval, making benefits valued at over $650 million available to approximately seventeen (17) million Settlement Class Members. In the opinion granting final approval to the settlement, the Honorable Chief Judge Russell noted that "Co-Lead Settlement Counsel are nationally recognized in the field of class actions, particularly those involving security breaches," and stated that "the Court was impressed with Co-Lead Counsel and Countrywide counsels' knowledge and skill, as represented in the various motions and hearings that took place throughout this settlement process."

***Rowe v. Unicare Life and Health Insurance Co.*** Ben Barnow was Lead Counsel in this proceeding relating to the defendants' alleged failure to secure the private health information of approximately 220,000 individuals enrolled in the defendants' health insurance plans, resulting in such information being accessible to the public via the Internet. Mr. Barnow negotiated a

settlement that has been granted final approval, making benefits valued at over $20 million available to Settlement Class Members. At the preliminary approval hearing, the Honorable Judge Hibbler described the efforts of the parties as "exemplary."

**In Re: Heartland Payment Systems Inc., Data Sec. Breach Litigation, MDL No. 2046.** Ben Barnow is one of Co-Lead Counsel for the Consumer Track in this MDL proceeding relating to what has been reported as one of the largest (if not the largest) data security breaches in history. Mr. Barnow negotiated a settlement on behalf of a Settlement Class that is estimated to include more than 120 million members. Notice of the settlement was completed and only one objection was received. Final approval of the settlement has been granted.

**Antitrust Cases**

Ben Barnow has served in leadership positions in a number of significant antitrust cases, including, among others:

**Wisconsin Civil Microsoft Antitrust Litigation.** Ben Barnow served as one of Co-Lead Class Counsel in this indirect purchaser antitrust lawsuit. Mr. Barnow and his co-counsel successfully petitioned the Wisconsin Supreme Court to recognize the rights of indirect purchasers to recover under Wisconsin's antitrust laws. *Olstad v. Microsoft Corp.*, 700 N.W.2d 139 (Wis. 2005). Subsequently thereto, Mr. Barnow negotiated a settlement valued at approximately $224 million that was granted final approval by the Court.

**Arkansas, Kansas, South Dakota Civil Microsoft Antitrust Litigations.** Ben Barnow served as a Co-Lead Class Counsel in the Kansas, South Dakota, and Arkansas Microsoft civil antitrust cases. Each of these cases settled and the settlements were granted final approval.

**Microsoft Civil Antitrust Litigation, MDL No. 1332.** Ben Barnow served as a member of the nine-member Plaintiffs' Lead Counsel Committee in this MDL antitrust proceeding before Judge Motz in the United States District Court for the District of Maryland.

**Loeb Industries, Inc. v. Sumitomo Corp.** Ben Barnow served as Co-Lead Counsel in this nationwide class action antitrust litigation, which sought recovery on behalf of a class of scrap copper purchasers who were allegedly harmed by activities allegedly designed to manipulate the copper market. A $20 million cash settlement with one of the defendants (Merrill Lynch) was reached and granted final approval.

**In re: Photochromic Lens Antitrust Litigation**. Ben Barnow was appointed as one of four Co-Lead Class Counsel representing indirect purchaser plaintiffs in an antitrust class action involving Transitions Optical, Inc.'s photochromic lenses.

## Public Speaking Engagements

1. Tulane University Law School's symposium on *The Problem of Multidistrict Litigation* (Feb. 15–16, 2008); topic: "The Practicalities of Multidistrict Litigation."

2. NetDiligence 2012 Cyber Risk & Privacy Liability Forum (Philadelphia, PA, June 4–5, 2012); topic: "State of the Cyber Nation—Cases, Theories, and Damages."

3. 25th Annual Producer Conference (Stowe, VT, Sept. 10–12, 2012); topic: "Cyber 2.0—The Evolution of Cyber in the Boardroom."

4. NetDiligence Cyber Risk & Privacy Liability Forum (Marina del Rey, CA, Oct. 11–12, 2012).

THE COFFMAN LAW FIRM
A PROFESSIONAL CORPORATION
FIRST CITY BUILDING
505 ORLEANS STREET, SUITE 505
BEAUMONT, TEXAS 77701
(409) 833-7700
(866) 835-8250 FACSIMILE
www.coffmanlawfirm.com
www.xdlgroup.com

RICHARD L. COFFMAN
rcoffman@coffmanlawfirm.com

SONYA B. COFFMAN
scoffman@coffmanlawfirm.com

# COFFMAN LAW FIRM RESUME

The Coffman Law Firm is a litigation firm based in Beaumont, Texas that represents individuals and businesses across Texas and throughout the United States in complex commercial litigation, class actions and mass actions. The Firm's litigation practice is focused in the areas of antitrust, ERISA, data breach, theft of trade secrets, intellectual property, civil RICO, agriculture, consumer and other commercial disputes. For more information about the Coffman Law Firm and its attorneys, please visit the Firm website, www.coffmanlawfirm.com.

Richard L. Coffman is a trial lawyer and the managing partner of the Coffman Law Firm. Mr. Coffman received his B.A. in Accounting, with highest honors, from Texas Lutheran University in 1978, and both his M.P.A. (Taxation), with honors, in 1980, and J.D. in 1989 from the University of Texas at Austin.  Prior to establishing the Coffman Law Firm with his wife and law partner, Sonya B. Coffman, Mr. Coffman worked for a large defense firm in Houston and was a partner in a large plaintiff firm in Beaumont.

Mr. Coffman, who also is a Certified Public Accountant, worked with two international Big 8 public accounting firms.  He also taught accounting courses as an adjunct member of the faculties of the University of Washington and University of Texas business schools.  Mr. Coffman is AV peer-review rated by Martindale-Hubbell and admitted to practice in all Texas courts, the United States Supreme Court, the United States Court of Federal Claims and several federal district courts and circuit courts of appeal.

Mr. Coffman has significant national and regional class action and mass action leadership and logistic experience.  Most recently, he was appointed to serve as interim co-lead class counsel in MDL 2360; *In re: Science Applications International Corporation (SAIC) Backup Tape Data Theft Litigation* (D. D. C.), a data breach case involving the theft of personally identifiable information and medical records from over 4.7 million current and former servicemen, servicewomen and their families.  Mr. Coffman is also one of three interim co-lead class counsel appointed to represent the Financial Institution Track plaintiffs in MDL No. 2046; *In re Heartland Payment Systems, Inc. Customer Data Security Breach Litigation* (S.D. Tex.), a data breach case involving the theft of over 120 million credit and debit card numbers.  The Heartland Payment Systems data breach is believed to be the largest data breach in history.

In non-data breach cases, Mr. Coffman currently is counsel for the Nevada indirect purchaser class representative in MDL No 1827; *In re TFT-LCD (Flat Panel) Antitrust Litigation* (N.D. Cal.), which recently settled for approximately $1.1 billion.  Mr. Coffman also represents one of the lead direct purchaser class representatives in MDL No. 1957; *In re Aftermarket Filters Antitrust Litigation* (N.D. Ill.) (price fixing).  He also is co-counsel for the plaintiffs in *Quebedeaux v. United States*; Case No. 1:11-CV-00389-FMA (Ct. Fed. Cl.), an unconstitutional takings class action on behalf of business and property owners in a 4600 square mile area of the

THE COFFMAN LAW FIRM
A PROFESSIONAL CORPORATION
FIRST CITY BUILDING
505 ORLEANS STREET, SUITE 505
BEAUMONT, TEXAS 77701
(409) 833-7700
(866) 835-8250 FACSIMILE
www.coffmanlawfirm.com
www.xdlgroup.com

RICHARD L. COFFMAN
rcoffman@coffmanlawfirm.com

SONYA B. COFFMAN
scoffman@coffmanlawfirm.com

Atchafalaya River basin in south central Louisiana whose property and businesses were damaged and/or destroyed by floodwaters when the federal government opened the Morganza Spillway on the Mississippi River in May 2011.

In the recent past, Mr. Coffman was appointed to serve as co-lead class counsel in MDL No. 1921; *In re: Nissan North America, Inc. Odometer Litigation* (M.D. Tenn.) (defective odometers) and co-lead class counsel in *Wilson v. Texas Windstorm Insurance Association;* Cause No. 09-CV-0421 (56th Judicial District Court of Galveston County, Texas). The *Wilson* case was a class action and mass action on behalf of over 2000 property owners on Bolivar Peninsula in Galveston County, Texas, whose homes were completely destroyed by Hurricane Ike. Mr. Coffman and his co-counsel secured approximately $175 million of additional insurance benefits for the *Wilson* property owners. Mr. Coffman also represented, as counsel of record or as of counsel, nine of the court appointed state indirect purchaser class representatives in MDL No. 1819; *In re Static Random Access Memory (SRAM) Antitrust Litigation* (N.D. Cal.), which settled for over $41 million.

In the past, Mr. Coffman served as lead counsel or co-lead counsel in other national class actions, including MDL No. 1354; *In re Citigroup, Inc., Capital Accumulation Plan* (CAP) *Litigation* (D. Mass.) (forfeiture of earned compensation accumulated by securities brokers in an employee benefit plan); Cause No. 1:94CV65; *Robert Castro, Jr.v. PaineWebber, Inc.* (E.D. Tex.) (securities fraud involving a limited partnership investment); Cause No. 2:98CV3573; *Ronald E. Choinacki v. American Home Products Corporation* (D.N.J.) (underpaid lump sum pension benefits) and Cause No.: 9:97CV0087; *Belinda Myers-Garrison v. Johnson & Johnson* (E.D. Tex.) (underpaid lump sum pension benefits).

On the mass action front, Mr. Coffman recently represented over 900 Texas, Louisiana and Arkansas rice producers against Bayer CropScience for contaminating the U.S. long grain rice seed stock with genetically engineered rice in MDL No. 1811; *In re Genetically Modified Rice Litigation* (E.D. Mo.). One of Mr. Coffman's clients was a Texas bellwether plaintiff. This litigation recently settled for $750 million. Along with co-counsel, Mr. Coffman also represents (i) a group of pharmacies, dentists, churches and other medium sized to large businesses in connection with their BP oil spill claims, (ii) individuals and businesses in the Gulf of Mexico offshore oil and gas industry in connection with their BP oil spill claims, and (iii) a group of chain grocery stores and grocery wholesalers asserting individual price fixing claims against the major chocolate manufacturers in MDL No. 1935; *In re Chocolate Confectionary Antitrust Litigation* (M.D. Pa.). In the past, Mr. Coffman was co-lead counsel for a group of 200 chain drug stores and chain grocery stores with over 1100 retail locations that opted-out of MDL No. 997; *In re Brand- Name Prescription Drug Antitrust Litigation* (N.D. Ill.).

THE COFFMAN LAW FIRM
A PROFESSIONAL CORPORATION
FIRST CITY BUILDING
505 ORLEANS STREET, SUITE 505
BEAUMONT, TEXAS 77701
(409) 833-7700
(866) 835-8250 FACSIMILE
www.coffmanlawfirm.com
www.xdlgroup.com

RICHARD L. COFFMAN
rcoffman@coffmanlawfirm.com

SONYA B. COFFMAN
scoffman@coffmanlawfirm.com

Mr. Coffman is also a founding member of the XDL Group, a virtual alliance of veteran trial lawyers and intellectual property professionals from five law firms who litigate intellectual property matters throughout the United States. *See* www.xdlgroup.com.

Mr. Coffman is active in civic and charitable organizations, currently serving as Vice-Chairman of the Board of Beaumont Crime Stoppers. He recently commenced a three year term as Treasurer of the American Schools of Oriental Research (ASOR). He is also a member of the ASOR Executive Board.

Sonya B. Coffman is an accomplished trial lawyer and partner in the Coffman Law Firm. Ms. Coffman received her B.B.A. in Accounting, with highest honors, from the University of Memphis in 1978, and her J.D., with honors, from the University of Texas at Austin in 1989. Prior to establishing the Coffman Law Firm, Ms. Coffman worked for a large defense firm in Houston and was a partner in a large plaintiff firm in Beaumont.

Ms. Coffman is also a Certified Public Accountant with Big 8 international public accounting experience. In addition to her commercial litigation practice, Ms. Coffman is Board Certified in Family Law by the Texas Board of Legal Specialization. She is admitted to practice in all Texas courts, the Eastern and Southern Districts of Texas and the Fifth Circuit Court of Appeals.

Ms. Coffman is also active in civic and charitable organizations, having served as a long time officer and/or director of the Symphony League of Beaumont, Julie Rogers Gift of Life, Neches River Festival and Beaumont Community Partners for Children.