David C. O'Mara
**The O'Mara Law Firm, P.C.**
311 E. Liberty Street
Reno, NV 89501
Tel: (775) 323-1321
Fax: (775) 323-4082
david@omaralaw.net

D. Greg Blankinship (*pro hac vice*)
Jeremiah Frei-Pearson (*pro hac vice*)
**MEISELMAN PACKMAN NEALON
SCIALABBA & BAKER, P.C.**
1311 Mamaroneck Avenue
White Plains, New York 10605
Tel: (914) 517-5000
Fax: (914) 517-5055
gblankinship@mdpcelaw.com
jfrei-pearson@mdpcelaw.com

Peter J. Mougey (*pro hac vice*)
James L. Kauffman (*pro hac vice*)
**LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Tel: (850) 435-7068
Fax: (850) 436-6068
pmougey@levinlaw.com
jkauffman@levinlaw.com

Michael M. Goldberg (*pro hac vice*)
Marc L. Godino (*pro hac vice*)
**GLANCY BINKOW & GOLDBERG, LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
info@glancylaw.com

*Attorneys for the Consolidated Nevada Plaintiff and the Putative Class*
[Additional counsel are listed on the signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE ZAPPOS.COM INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>---------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br><br>   ALL ACTIONS | No. 3:12-cv-325- RCJ-VPC<br>MDL No. 2357<br><br>(Class Action) |

**REPLY IN SUPPORT OF NEVADA PLAINTIFFS'
REQUEST FOR A REASONABLE BRIEFING EXTENSION**

Plaintiffs Stephanie Priera, Patti Hasner, Sylvia St. Lawrence, Josh Richards, Zetha Nobles, Patricia Gallatin, Dahlia Habashy, Robert Ree, Shari Simon, and Kathryn Vorhoff (collectively, "Nevada Plaintiffs" or "Plaintiffs")[1] reply in support of their request an extension of time to respond to Defendant Zappos.com's ("Defendant" or Zappos") Motion to Dismiss Complaints (Docket Entry No. 69).

Zappos' Opposition to the instant motion requests that all plaintiffs' oppositions be extended to February 14, 2012, with Zappos' reply due on March 8, 2012. (Docket Entry No. 71 at 2). Nevada Plaintiffs do not object to this briefing schedule, which is reasonable in light of Zappos' 48 page motion to dismiss and is consistent with parties' history of agreeing to reasonable extensions for briefing-related issues.

However, Zappos seeks to use these reasonable briefing extensions as an excuse to extend the deadlines (a) for the production of initial disclosures and (b) for the parties to establish a protocol for the handling of electronically stored information ("ESI"). (*Id.* at 5). Zappos' proposed discovery-related extensions are not tied to any stated difficulties with meeting the current discovery-relate deadlines. Zappos offers no explanation as to why an extension for plaintiffs' time to oppose a motion to dismiss would necessitate a corresponding extension on these discovery-related issues. If anything, the briefing extensions will provide additional time that should make it easier for the parties to timely

---

[1] This motion is filed on behalf of Plaintiffs in the following original cases, all of which are incorporated into Plaintiffs' Amended Complaint (Docket Entry No. 59): This counsel group represent Plaintiffs in the following cases: *Habashy v. Amazon.com* ("Amazon"), 3:12-cv-00338-RCJ-VPC, *Nobles v. Amazon*, 3:12-cv-00392-RCJ-VPC, *Priera v. Amazon*, 3:12-cv-00325-RCJ-VPC, *Priera v. Amazon*, 2:12-cv-00182-RCJ-VCF, *Ree v. Amazon*, 3:12-cv-00072-RCJ-WGC, *Richards v. Amazon*, 3:12-cv-00337-RCJ-VPC, *Simon v. Amazon*, 2:12-cv-00232-RCJ-VCF, Case No. 3:12-cv-0032, and *St. Lawrence v. Zappos*, 3:12-cv-00355-RCJ-VPC. It is not filed on behalf of the plaintiffs in the four cases that filed a separate Amended Complaint (Docket Entry No. 58).

produce initial disclosures and agree on an ESI protocol.  Accordingly, the Nevada Plaintiffs oppose Zappos' request for an extension of the discovery deadlines.

### CONCLUSION

For all the foregoing reasons, the Nevada Plaintiffs respectfully request that the Court extend Plaintiffs' time to respond to Defendant's Motion to Dismiss until February 14, 2013.

Dated:    January 7, 2013

By: */s/ David C. O'Mara*
David C. O'Mara
**The O'Mara Law Firm, P.C.**
311 E. Liberty Street
Reno, NV 89501
Telephone: (775) 323-1321
Facsimile: (775) 323-4082
david@omaralaw.net

***Proposed Interim Liaison Counsel For Plaintiffs And The Putative Class***

Peter J. Mougey (*pro hac vice*)
James L. Kauffman (*pro hac vice*)
**LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida  32502-5996
Telephone:  (850) 435-7068
Facsimile:   (850) 436-6068
pmougey@levinlaw.com
jkauffman@levinlaw.com

D. Greg Blankinship (*pro hac vice*)
Jeremiah Frei-Pearson (*pro hac vice*)
**MEISELMAN PACKMAN NEALON SCIALABBA & BAKER, P.C.**
1311 Mamaroneck Avenue
White Plains, New York 10605
Tel: (914) 517-5000
Fax: (914) 517-5055
jcarton@mdpcelaw.com
gblankinship@mdpcelaw.com
jfrei-pearson@mdpcelaw.com

Michael Goldberg (*pro hac vice*)

|   |   |
|---|---|
| 1 | Marc Godino (*pro hac vice*) |
|   | **GLANCY BINKOW & GOLDBERG LLP** |
| 2 | 1925 Century Park East, Suite 2100 |
| 3 | Los Angeles, CA 90067 |
|   | Telephone: (310) 201-9150 |
| 4 | Facsimile: (310) 201-9160 |
| 5 | info@glancylaw.com |

*Proposed Interim Lead Counsel For Plaintiffs And The Putative Class*

Brent Carson
**WINNER & CARSON**
510 S. Eighth Street
Las Vegas, NV 89101
Tel: (702) 471-1111
Fax: (702) 471-0110
bac@winnercarson.com

J. Andrew Meyer
**Morgan & Morgan, P.A.**
One Tampa City Center, 7th Floor
Tampa, Florida  33602
Telephone:  (813) 223-0955
Facsimile:   (850) 223-5402
dcharlip@charliplawgroup.com

Reginald V. Terrell
**The Terrell Law Group**
PO Box 13315, PMB# 148, CA 94661
Oakland, CA 94661
reggie2@aol.com

David H. Charlip
**Charlip Law Group, LLC**
17501 Biscayne Blvd., Suite 510
Aventura, Florida  33160
Telephone:  (305) 354-9313
Facsimile:   (305) 354-9314
dcharlip@charliplawgroup.com

*Counsel for the Nevada Plaintiffs and the Putative Class*

1
2
3
**CERTIFICATE OF SERVICE**
4
  This is to certify that on January 7, 2013, I caused to be electronically filed the
5
foregoing with the Clerk of Court using ECF.  Accordingly, I also certify that the
6
foregoing are being served this day on counsel of record via transmission of Notices of
7
Electronic Filing generated by CM/ECF.
8
9
10
            */s/ Adrian M. Weis*
            ADRIAN M. WEIS
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28