1  **THE O'MARA LAW FIRM, P.C.**
   DAVID C. O'MARA, SBN 8599
2  311 E. Liberty Street
   Reno, Nevada 89501
3  Telephone: (775)323-1321
   Facsimile:  (775)323-4082
4  E-mail: david@omaralaw.net

5

6                UNITED STATES DISTRICT COURT
                      DISTRICT OF NEVADA
7

8  IN RE ZAPPOS SECURITY BREACH    )  MDL: 2357
   LITIGATION                       )  Case No. 3:12-cv-00325-RCJ-VPC
9                                   )
   -----------------------------    )  **STIPULATION TO EXTEND TIME**
10                                  )  **FOR PLAINTIFFS TO FILE THEIR**
                                    )  **REPLY IN SUPPORT OF THEIR**
11  This document relates to:       )  **MOTION TO ENFORCE THE**
                                    )  **SETTLEMENT AGREEMENT**
12        ALL ACTIONS               )
                                    )
13                                  )  **(FIRST REQUEST)**
   _____      )
14

15        Plaintiffs and Defendant Zappos.com, Inc. ("Zappos") stipulate to extend the deadline to

16  submit Plaintiffs' reply in support of their motion to enforce the settlement agreement.

17  Defendants filed its opposition on December 22, 2014. *See* Docket Nos. 209-211.  Pursuant to

18  local rules, the reply brief is due on Friday, January 2, 2015.  Therefore, in light of the holiday

19  period, the parties agree to extend the deadline to submit the reply brief until Friday, January 9,

20  2015.

21  MORRIS LAW GROUP                           THE O'MARA LAW FIRM, P.C

22

23  By:  /s/ Robert McCoy                     By:   /s/ David C. O'Mara
         Robert McCoy, No. 9121                    David C. O'Mara
24       Raleigh Thompson, No. 11296          311 East Liberty Street
         900 Bank of America Plaza            Reno, Nevada 89501
25       300 South Fourth Street
         Las Vegas, Nevada  89101
26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

DATED:_____