Ben Barnow (*pro hac vice*)
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL  60602
Tel: 312/621-2000
312/641-5504 (fax)
b.barnow@barnowlaw.com

Richard L. Coffman (*pro hac vice*)
THE COFFMAN LAW FIRM
First City Building
505 Orleans Street, Suite 505
Beaumont, TX  77701
Tel: 409/833-7700
866/835-8250 (fax)
rcoffman@coffmanlawfirm.com

Jeremiah Frei-Pearson (*pro hac vice*)
FINKELSTEIN, BLANKINSHIP,
  FREI-PEARSON & GARBER, LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY  10605
Tel: 914/298-3281
914/824-1561 (fax)
jfrei-pearson@fbfglaw.com

Marc L. Godino (*pro hac vice*)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Tel: 310/201-9150
310/201-9160 (fax)
mgodino@glancylaw.com

*Interim Co-Lead Class Counsel*
[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: ZAPPOS.COM INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 3:12-cv-00325-RCJ-VPC |
| | MDL No. 2357 |
| | Hon. Robert C. Jones, C.J. |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CLASS ACTION |

**STIPULATION AND [PROPOSED] ORDER GRANTING
DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS OF ALL PLAINTIFFS**

{00279807 }

WHEREAS, the history of this litigation is protracted.

WHEREAS, on September 9, 2013, the Court entered an order granting in part and denying in part Defendant Zappos, Inc.'s ("Defendant") motion to dismiss. Dkt. No. 114.

WHEREAS, on March 27, 2015, the Court entered an Order denying Plaintiffs' Motion to Enforce Settlement. Dkt. No. 227.

WHEREAS, on June 1, 2015, the Court entered an Order dismissing Plaintiffs' claims without prejudice. Dkt. No. 235.

WHEREAS, on May 6, 2016, the Court entered an Order dismissing most of Plaintiffs' claims with prejudice and striking Plaintiffs' class allegations as they were pleaded. Dkt. No. 279.

WHEREAS, on August 29, 2016, the Court entered an Order granting in part and denying in part Plaintiffs' Motion for Reconsideration. Dkt. No. 287.

WHEREAS, all Plaintiffs now desire to seek appellate review, and they seek to do so without delay rather than continuing to litigate the few claims potentially remaining before this Court to finality;

WHEREAS, all parties agree to waive any claims to costs and attorney's fees as a result of Plaintiffs' dismissals of their claims;

WHEREAS, Plaintiffs and Defendant have met and conferred and have agreed pursuant to Fed. R. Civ. P. 41(a)(1) to stipulate to a voluntary dismissal with prejudice of any and all remaining claims in this action for the purpose of terminating this Court's jurisdiction over this case so that all Plaintiffs may appeal to the United States Court of Appeals for the Ninth Circuit;

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs and Defendant, through their respective counsel of record, that any and all remaining claims shall be voluntarily dismissed with prejudice pursuant to a final Order, the nature of which is described in 28 U.S.C. § 1291, with each party to bear its own attorneys' fees and costs.

1    IT IS SO STIPULATED.

3    IT IS SO ORDERED this 13th day of September, 2016.

_____
ROBERT C. JONES

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL  60602
Tel: 312/621-2000 & 312/641-5504 (fax)
b.barnow@barnowlaw.com

Richard L. Coffman
THE COFFMAN LAW FIRM
First City Building
505 Orleans Street, Fifth Floor
Beaumont, TX  77701
Tel: 409/833-7700 & 866/835-8250 (fax)
rcoffman@coffmanlawfirm.com

Jeremiah Frei-Pearson
FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY  10605
Tel: 914/298-3281 & 914/824-1561 (fax)
jfrei-pearson@fbfglaw.com

Marc L. Godino (*pro hac vice*)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Tel: 310/201-9150 & 310/201-9160 (fax)
mgodino@glancylaw.com

*Interim Co-Lead Class Counsel*

Timothy G. Blood
BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100 & 619/338-1101 (fax)
tblood@bholaw.com

{00279807 }                                          2                    Case No. 3:12-cv-00325-RCJ-VPC
                                        STIPULATION OF DIMISSAL

*Executive Committee Member*

*APPROVED*

/s/ Stephen J. Newman

Julia B. Strickland
Stephen J. Newman
STROOK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA 90067
Tel: 310/556-8800 / 310-556-5959 (Fax)

*Defendant's Counsel*

Robert McCoy, No. 9121
KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, NV 89135
Tel: 702.792.7000

*Defendant's Local Counsel*

**CERTIFICATE OF SERVICE**

I certify that on September 12, 2016, I caused to be electronically filed the foregoing document with the Clerk of Court using the Court's ECF system. I further certify that the foregoing document was served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF.

By: */s/ David C. O'Mara*