# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re ZAPPOS.COM, INC., CUSTOMER DATA SECURITY BREACH LITIGATION, | Case No.: 3:12-CV-00325-RCJ-VPC<br>MDL No. 2357<br><br>**ORDER** |

On March 8, 2018, the Court of Appeals for the Ninth Circuit entered its Opinion (ECF No. 298) reversing this Court's judgment as to Plaintiffs' standing and remanding this matter. Accordingly,

IT IS HEREBY ORDERED that a Status Conference is set for 09:00 A.M., Monday, May 14, 2018, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED the parties shall jointly file a Status Report with the Court on or before 5:00 P.M., Friday, May 4, 2018.

IT IS FURTHER ORDERED that out-of-state counsel who request telephonic appearances shall file a Request to Appear Telephonically with the Court on or before 5:00 P.M., Friday, May 4, 2018.

IT IS SO ORDERED this 14th day of March, 2018.

_____
ROBERT C. JONES
Senior District Judge