| | |
|---|---|
| 1 | KAEMPFER CROWELL |
|  | Robert McCoy, No. 9121 |
| 2 | 1980 Festival Plaza Drive |
|  | Suite 650 |
| 3 | Las Vegas, Nevada 89135 |
|  | Telephone: (702) 792-7000 |
| 4 | Facsimile: (702) 796-7181 |
|  | Email: rmccoy@kcnvlaw.com |
| 5 | |
|  | STROOCK & STROOCK & LAVAN LLP |
| 6 | Julia B. Strickland *(Pro HacVice)* |
|  | Stephen J. Newman *(Pro Hac Vice)* |
| 7 | Brian C. Frontino *(Pro Hac Vice)* |
|  | 2029 Century Park East, Suite 1600 |
| 8 | Los Angeles, California 90067 |
|  | Telephone: (310) 556-5800 |
| 9 | Facsimile: (310) 556-5959 |
|  | Email: jstrickland@stroock.com |
| 10 | Email: snewman@stroock.com |
|  | Email: bfrontino@stroock.com |
| 11 | |
|  | Attorneys for Defendant |
| 12 | Zappos.com, Inc. |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE ZAPPOS SECURITY BREACH LITIGATION | | MDL: 2357 |
| | | Case No. 3:12-cv-00325-RCJ-VPC |
| ---------------------------------------- | | |
| This document relates to: | | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE** |
| ALL ACTIONS | | (First Request) |

The parties stipulate and request that the Status Conference currently scheduled for November 14, 2018 be rescheduled to January 18, 2019 at 9:00 a.m. in Las Vegas or another time that is convenient for the Court.

The parties make this request for the following reasons:

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2232602_1.docx  17189.2

Page 1 of 3

1. Defendant Zappos.com, Inc. filed a Petition for Writ of Certiorari in the Supreme Court (Case No. 18-225) on August 20, 2018;

2. The parties do not expect to complete briefing on the Petition for Writ of Certiorari in the Supreme Court until late November 2018;

3. This Court scheduled a Status Conference in this case on November 14, 2018 at 9:00 a.m. in Las Vegas (ECF No. 311); and

4. The parties do not expect the Supreme Court to decide whether it will grant or deny the Petition for Writ of Certiorari by November 14, 2018.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2232602_1.docx   17189.2

Page 2 of 3

| | |
|---|---|
| O'MARA LAW FIRM, P.C. | KAEMPFER CROWELL |
| By /s/ David C. O'Mara<br>　　David C. O'Mara, No. 8599<br>　　311 East Liberty Street<br>　　Reno, NV 89501 | By /s/ Robert McCoy<br>　　Robert McCoy, No. 9121<br>　　1980 Festival Plaza Drive, Ste. 650<br>　　Las Vegas, NV 89135 |
| BARNOW AND ASSOCIATES, P.C.<br>Ben Barnow (*pro hac vice*)<br>One North LaSalle Street, Suite 4600<br>Chicago, IL 60602 | STROOK & STROOK & LAVAN LLP<br>Julia B. Strickland *(Pro Hac Vice)*<br>Stephen J. Newman *(Pro Hac Vice)*<br>Brian C. Frontino *(Pro Hac Vice)*<br>2029 Century Park East, Suite 1600<br>Los Angeles, California 90067 |
| THE COFFMAN LAW FIRM<br>Richard L. Coffman (*pro hac vice*)<br>First City Building<br>505 Orleans Street, Fifth Floor<br>Beaumont, TX 77701 | *Attorneys for Defendant*<br>*Zappos.com, Inc* |
| FINKELSTEIN, BLANKINSHIP,<br>FREI-PEARSON & GARBER, LLP<br>Jeremiah Frei-Pearson (*pro hac vice*)<br>445 Hamilton Avenue, Suite 605<br>White Plains, NY 10601 | |
| GLANCY PRONGAY & MURRAY LLP<br>Marc L. Godino (*pro hac vice*)<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067 | |
| *Attorneys for Plaintiffs* | |

**ORDER**

IT IS SO ORDERED.

_____
ROBERT C. JONES
United States District Judge

Dated: 11-2-2018

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2232602_1.docx 17189.2

Page 3 of 3