UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE ZAPPOS SECURITY BREACH LITIGATION | MDL: 2357<br>Case No. 3:12-cv-00325-RCJ-VPC |
| ------------------------------------------------- | |
| This document relates to:<br><br>ALL ACTIONS | **ORDER RESCHEDULING STATUS CONFERENCE**<br><br>(Second Request) |

The parties stipulate and request that the Status Conference currently scheduled for January 18, 2019 be rescheduled to either March 1 or March 8, 2019 in Las Vegas or another date thereafter that is convenient for the Court.

The parties make this request for the following reasons:

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2271197_1.docx  17189.2

Page 1 of 3

1. Defendant Zappos.com, Inc. filed a Petition for Writ of Certiorari in the Supreme Court (Case No. 18-225) on August 20, 2018;

2. This Court originally scheduled a Status Conference in this case on November 14, 2018 at 9:00 a.m. in Las Vegas (ECF No. 311);

3. Because the parties did not expect to complete briefing on the Petition for Writ of Certiorari in the Supreme Court until late November 2018, the parties jointly requested, by stipulation, that the Court continue that Status Conference until January 18, 2019 (ECF No. 313);

4. The Court granted the parties' stipulation and continued the Status Conference until January 18, 2019 (ECF No. 314);

5. The Supreme Court has not yet acted on the Petition for Writ of Certiorari;

6. The parties do not know whether the Supreme Court will grant or deny the Petition for Writ of Certiorari before this Court's January 18, 2019 Status Conference; and

7. The parties will be in a better position to inform this Court as to the status of this case after the Supreme Court has decided whether to grant or deny the Petition for Writ of Certiorari.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2271197_1.docx 17189.2

Page 2 of 3

| O'MARA LAW FIRM, P.C. | KAEMPFER CROWELL |
|---|---|
| By /s/ David C. O' Mara<br>David C. O'Mara, No. 8599<br>311 East Liberty Street<br>Reno, NV 89501 | By /s/ Robert McCoy<br>Robert McCoy, No. 9121<br>1980 Festival Plaza Drive, Ste. 650<br>Las Vegas, NV 89135 |

BARNOW AND ASSOCIATES, P.C.
Ben Barnow (*pro hac vice*)
One North LaSalle Street, Suite 4600
Chicago, IL 60602

THE COFFMAN LAW FIRM
Richard L. Coffman (*pro hac vice*)
First City Building
505 Orleans Street, Fifth Floor
Beaumont, TX 77701

FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
Jeremiah Frei-Pearson (*pro hac vice*)
445 Hamilton Avenue, Suite 605
White Plains, NY 10601

GLANCY PRONGAY & MURRAY LLP
Marc L. Godino (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

*Attorneys for Plaintiffs*

STROOK & STROOK & LAVAN LLP
Julia B. Strickland (*Pro Hac Vice*)
Stephen J. Newman (*Pro Hac Vice*)
Brian C. Frontino (*Pro Hac Vice*)
2029 Century Park East, Suite 1600
Los Angeles, California 90067

*Attorneys for Defendant Zappos.com, Inc*

IT IS ORDERED that the Status Conference scheduled for 1/18/2019 is hereby VACATED and RESCHEDULED for Monday, 3/25/2019 at 9:00 a.m. in Las Vegas Courtroom 4B.

IT IS SO ORDERED.

_____
ROBERT C. JONES
United States District Judge

Dated: January 14, 2019

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2271197_1.docx 17189.2

Page 3 of 3