KAEMPFER CROWELL
Robert McCoy, No. 9121
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com

STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland *(Pro HacVice)*
Stephen J. Newman *(Pro Hac Vice)*
Brian C. Frontino *(Pro Hac Vice)*
2029 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959
Email: jstrickland@stroock.com
Email: snewman@stroock.com
Email: bfrontino@stroock.com

Attorneys for Defendant
Zappos.com, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE ZAPPOS SECURITY BREACH LITIGATION | MDL: 2357<br>Case No. 3:12-cv-00325-RCJ-VPC |
| ------------------------------------------<br>This document relates to:<br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE**<br><br>**(Third Request)** |

The parties stipulate and request that the Status Conference currently scheduled for March 25, 2019 be rescheduled to a later date no earlier than April 12, 2019 in Las Vegas or another date thereafter that is convenient for the Court.

The parties make this request for the following reasons:

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2288880_1.docx  17189.2

Page 1 of 4

1. Defendant Zappos.com, Inc. filed a Petition for Writ of Certiorari in the Supreme Court (Case No. 18-225) on August 20, 2018;

2. This Court originally scheduled a Status Conference in this case on November 14, 2018 at 9:00 a.m. in Las Vegas (ECF No. 311);

3. Because the parties did not expect to complete briefing on the Petition for Writ of Certiorari in the Supreme Court until late November 2018, the parties jointly requested, by stipulation, that the Court continue that Status Conference until January 18, 2019 (ECF No. 313);

4. The Court granted the parties' stipulation and continued the Status Conference until January 18, 2019 (ECF No. 314);

5. Because the Supreme Court had not yet acted on the Petition for Writ of Certiorari as the date of that status conference approached, the parties jointly requested, by stipulation, that the Court continue that Status Conference until after March 1, 2019 (ECF No. 316);

6. The Court granted the parties' stipulation and continued the Status Conference until March 25, 2019 (ECF No. 317);

7. Counsel for Zappos has previously scheduled conflicts in other jurisdictions on March 25, 2019;

8. Counsel have met and conferred concerning their respective schedules and counsel are all available to appear on May 14, 2019 in Reno, Nevada or June 17, 2019 in Las Vegas, Nevada and request the Court reschedule the status conference for one of those date if convenient for the Court's schedule.

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2288880_1.docx 17189.2

| | |
|---|---|
| O'MARA LAW FIRM, P.C. | KAEMPFER CROWELL |
| By  /s/ David C. O'Mara<br>     David C. O'Mara, No. 8599<br>     311 East Liberty Street<br>     Reno, NV 89501 | By  /s/ Robert McCoy<br>     Robert McCoy, No. 9121<br>     1980 Festival Plaza Drive, Ste. 650<br>     Las Vegas, NV 89135 |
| BARNOW AND ASSOCIATES, P.C.<br>Ben Barnow (*pro hac vice*)<br>One North LaSalle Street, Suite 4600<br>Chicago, IL 60602 | STROOK & STROOK & LAVAN LLP<br>Julia B. Strickland *(Pro Hac Vice)*<br>Stephen J. Newman *(Pro Hac Vice)*<br>Brian C. Frontino *(Pro Hac Vice)*<br>2029 Century Park East, Suite 1600<br>Los Angeles, California 90067 |
| THE COFFMAN LAW FIRM<br>Richard L. Coffman (*pro hac vice*)<br>First City Building<br>505 Orleans Street, Fifth Floor<br>Beaumont, TX 77701 | *Attorneys for Defendant*<br>*Zappos.com, Inc* |
| FINKELSTEIN, BLANKINSHIP,<br>FREI-PEARSON & GARBER, LLP<br>Jeremiah Frei-Pearson (*pro hac vice*)<br>445 Hamilton Avenue, Suite 605<br>White Plains, NY 10601 | |
| GLANCY PRONGAY & MURRAY LLP<br>Marc L. Godino (*pro hac vice*)<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067 | |
| *Attorneys for Plaintiffs* | |

**ORDER**

IT IS SO ORDERED.  The Status Conference scheduled for March 25, 2019 is hereby VACATED and RESCHEDULED for 09:00 A.M., Friday, April 19, 2019 in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

_____
ROBERT C. JONES
United States District Judge

Dated:  February 26, 2019.