# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE ZAPPOS SECURITY BREACH LITIGATION, | Case No.: 3:12-CV-00325-RCJ-VPC<br><br>ORDER |

IT IS HEREBY ORDERED that a Status Conference is set for 09:00 A.M., Tuesday, September 17, 2019, in Las Vegas Courtroom 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED that counsel: David O'Mara shall dial into the AT&T Meet-Me-Line (1(888) 675-2535 and provide Access Code No.: 2900398 and Security Code: 091719 five (5) minutes prior to the hearing. Please remain on the line until such time as the Court joins the call and convenes the proceeding.

IT IS SO ORDERED.

Dated this 11th day of September, 2019.

_____
ROBERT C. JONES

ORDER - 1