OBJECTION TO ZAPPOS DATA SETTLEMENT

(1) your full name and postal address, and, if represented by counsel, the name, bar number and telephone number of your attorney;
**Alison Brown**
**6438 E Lovers Ln Dallas TX 75214**

(2) a statement that you are a Settlement Class Member;
**I am a Settlement class Member**

(3) documents establishing, or information sufficient to allow the Parties to confirm, that you are a Settlement Class Member;
**See attached email from Zappos stating my registration with the website was effective on 11/20/2011. Hilariously, it is signed "With Love, The Zappos Customer Loyalty Team".**

(4) a statement whether you intend to appear at the Final Approval Hearing, either in person or through counsel;
**I do not intend to appear at the Final Approval Hearing.**

(5) a statement of your specific objections and the grounds supporting the objections;

An article from Slate.com summarizes my objections:

"A 10-percent-off coupon seems less like an actual penalty than a business tactic for Zappos to generate additional revenue in the final quarter of 2019. It also forces customers who want to get anything out of the settlement to provide *more* of their money and information to a business that has already let them down on the data protection front."

THIS IS A SLAP IN THE FACE TO CUSTOMERS WHO USED YOUR SITE AND HAD THEIR INFORMATION STOLEN. YOU SHOULD BE ASHAMED, ZAPPOS AND THE COURT.

WHY DON'T YOU JUST DONATE TO A CHARITY IN MY NAME INSTEAD? That's a way better idea, you have to admit OR BOYCOTT BRAZIL? ANYTHING WOULD BE PREFERABLE TO THIS SELF-SERVING PLOY DISGUISED AS A SETTLEMENT.

(6) identification and production of copies of any documents that you desire the Court to consider;
**None**

(7) your original signature (for individuals)
*[signature]*

 Alison Brown <alison.brown99@gmail.com>

## Thank You For Registering And Welcome to Zappos.com!

**Zappos.com** <customerservice@zappos.com>  Sun, Nov 20, 2011 at 9:18 AM
Reply-To: customerservice@zappos.com
To: alison.brown99@gmail.com

Thank You For Registering And Welcome to Zappos.com!     24/7 Customer Service 1-800-927-7671

Zappos.com     **Day Return Policy** In other words, 1 full year!     **Shipping Both Ways** It's always on the house!

SHOES | CLOTHING | BAGS & HANDBAGS | NEW ARRIVALS | CLEARANCE | BRANDS | ALL DEPARTMENTS

### Thank You For Registering And Welcome To Zappos.com!

Hello Alison!

Woohoo! We're so excited you registered with Zappos.com. We look forward to providing you with many amazing shopping experiences!

**Your account email address:**
alison.brown99@gmail.com

**As a Zappos.com customer, you will experience these awesome benefits:**

- A 365-Day Money-Back Guarantee
- Super-Easy Returns
- Our Fabulous Customer Service
- And Our Ginormous Selection Of Stuff

Also, Your Account Page is now active and ready for you to customize!

- View your order history
- Track your order online
- Store your billing and shipping information

We are so happy you registered with us (it makes us feel all warm and fuzzy on the inside)!

With Love,
The Zappos Customer Loyalty Team

P.S. Please save this email for future reference. It could save your life one day. Probably not, but it might.

 **Wanna Call?** (800) 927-7671 24/7!     **Not A Fan Of The Phone?** Send Us An Email     **Need Answers?** Check Out Our FAQs

4438 E. Lovers Ln
Dallas Tx 75214

Clerk's Office
400 S. Virginia St
Reno NV 89501