Brandon Raitt
3630 Sunset Boulevard
Orchard Lake, MI
48324-3067

___ FILED         ✓ RECEIVED
___ ENTERED       ___ SERVED ON
       COUNSEL/PARTIES OF RECORD

OCT 22 2019

"NO COPY"

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

RE: Case No. 3:12-cv-00325-RCJ-VPC, MDL No. 2357 Objection

To Whom It May Concern,

I wish to formally state my objection to this settlement.

This settlement is incongruous with the purpose of equity courts, which is to right a wrong for victims.

I fail to see how a discount on future purchases will dissuade organizations from protecting personal information.

I fail to see how a discount only valid on spending more money with an organization, rights this wrong for victims.

I completely understand why Zappos would offer a discount on future purchases to class members as it provides a marketing opportunity for Zappos to recoup their costs. Despite settling for roughly 1.6 million dollars, having direct access to 24 million or more class members as a marketing tool through a class-action lawsuit seems to benefit Zappos.

The attorney's who are supposed to be charged with a fiduciary duty to act in the best interests of the class members, will be netting approximately 1.6 million dollars, while 24 million or more class members will share $22,500. That's roughly a value of $0.0009375 per victim. The court has an obligation to ensure that over the course of 7 years, the personal information of those affected is worth more than less than a penny.

This means that these attorney's are netting a roughly 99.5% rate of fees and expenses.

If anything, this settlement tells both the attorney's and the organizations who engage in unscrupulous security practices, that class-action lawsuits are both an opportunity as a payday for lawyers, and a marketing opportunity for organizations to support that payday.

Furthermore, it seems dubious that this accords with the consequences of e: Equifax Inc. Customer Data Security Breach Litigation, Case No. 1:17-md-2800-TWT.

It is imperative that the court seeks proper remedies for those impacted and appropriate consequences on those who failed in their duties in the course of this lawsuit.

Sincerely,

Brandon Raitt

Brandon Raitt
3630 Sunset Blvd
Orchard Lake, MI 48324

US District Court, NEVADA
Case No 3:12-cv-00325-RCJ-VPC, MDL #2357
400 S. Virginia ST
Reno, Nevada