October 18 2019

To: Clerk of the United Stated District Court for the District of Nevada
333 Las Vegas Blvd
South Las Vegas, NV 89101

FILED
ENTERED
RECEIVED
SERVED C
COUNSEL/PARTIES OF RECORD

OCT 23 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

REF: Case No. 3:12-cv-00325-RCJ-VPC, MDL No. 235

I am a Settlement Class Member for the Zappos data breach issue (2012 security incident).

I do not agree to this settlement. I request the Court DENY the settlement.

As way as proof that I am a member of the Settlement, I was provided, on October 17 2019, a "one time use code" number LENC-9N3ZHE-MR4LA5. Also, attached is the email I received on October 17 2019 with regards to this issue. I do not intend to use or sell this code.

I intend to attend the Final Approval Hearing in person, on December 20 2019 in Reno at 400 S. Virginia Street, RENO, NV 89501 (775) 686-5800. At 10:00 am in Courtroom 3 and I wish to be heard by the Court.

Here is my statement of why I object:

The plaintiff attorneys have requested to the Court more than 98 percent of total settlement funds, allowing less than 2 percent to the lead plaintiffs.

This is not in the interests of the plaintiffs including all people affected by any data breach.

I request the Court to revise the settlement award to give to the attorneys no more than one third of the settlement cash amount, to cover all their costs and expenses, with the residual distributed to the lead plaintiffs. I am not one of the lead plaintiffs.

Failing this, I ask the Court to not approve the settlement and find in favor of Zappos.

I am very disappointed in the actions of the lawyers who purport to represent me and the other plaintiffs. I would ask the Court to admonish the plaintiffs' lawyers for their clear attempt to act primarily for their personal gain, rather than act responsibly on behalf of all the plaintiffs. Putting more than 98 percent of any settlement cash proceeds into their own pockets appears to reflect the plaintiff lawyers' greed; this is not in the public or the plaintiff's interest.

If the court would like any further information, please contact me at this email address or by us mail at P.O. Box 3592, Olympic valley, California 96146

Thank you
John Eidinger
PO Box 3592
Olympic Valley, CA 96146
eidinger@earthlink.net
CC:

| Class Counsel | Counsel for Zappos |
|---|---|
| Ben Barnow | Stephen J. Newman |
| Barnow and Associates, P.C. | Stroock & Stroock & Lavan LLP |
| 205 West Randolph Street, Suite 1630 | 2029 Century Park East, 18th Floor |
| Chicago, IL 60606 | Los Angeles, CA 90067 |

Estrada
PO Box 3592
Olympic Valley, CA 96146

Clerk US District Court, District Nevada
333 Las Vegas Blvd
South Las Vegas, NV 89101

FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 23 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY