# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE ZAPPOS SECURITY BREACH LITIGATION, | Case No.: 3:12-CV-00325-RCJ-VPC<br><br>**ORDER GRANTING JOINT EMERGENCY MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-4 AND THE ALL WRITS ACT, 28 U.S.C. § 1651** |

The Joint Emergency Motion for Administrative Relief Pursuant to Local Rule 7-4 and the All Writs Act, 28 U.S.C. § 1651, (ECF No. 356) (the "Emergency Motion") came before this Court on November 4, 2019. After consideration of the Emergency Motion and briefs presented, as well as other matters presented to the Court and good cause having been shown:

The Court finds that the Fraudulent Website, www.zapposdatabreachsettlement.com, is attempting to usurp the role of the plaintiff class and counsel in notifying potential class members and in soliciting claims from the same; and are thereby committing a fraud on the Court and obstructing these proceedings.

IT IS HEREBY ORDERED that the Emergency Motion (ECF No. 356) is GRANTED.

IT IS FURTHER ORDERED that Dynadot, LLC ("Dynadot") shall immediately, and in no instance later than November 5, 2019, take all necessary steps to de-register and place a

1

"client hold" on the fraudulent website, www.zapposdatabreachsettlement.com (the "Fraudulent Website"), to prevent it from being accessed by the public or re-registered with another entity.

IT IS FURTHER ORDERED that Dynadot shall preserve any and all data and other information related to the Fraudulent Website and maintain any and all data for one year from date of entry of this Order.

IT IS FURTHER ORDERED that Dynadot shall file a declaration with the Court evidencing its compliance with this Order no later than November 11, 2019.

IT IS FURTHER ORDERED that this Order shall take effect immediately upon its service on Dynadot's registered agent for service of process. No bond is required from Settling Parties.

IT IS FURTHER ORDERED that the Parties will issue a notice to all members of the Class informing them of the fraudulent website, re-identifying the correct website for class members to register, and establishing a point of contact for any class members who have visited or used the fraudulent website.

IT IS SO ORDERED.

Dated this 4th day of November 2019.

_____
ROBERT C. JONES
United States District Judge