**To:** United States District Court
District of Nevada
400 S. Virginia Street
Reno Nevada 89501

**From:** *Rose M Jones*
*18982 Runyon St.*
*Detroit MI 48234*
*Telephone No. 313 521-6471*

Date: October 29, 2019

**CC:** Ben Barnow                               Stephen J. Newman
Barnow and Associates, P.C.          Stroock & Stroock & Lavan LLP
205 West Randolph Street, Suite 1630   2029 Century Park East, 18th Floor
Chicago, IL 60606                    Los Angeles, CA 90067

**Re:   Zappos Class Action Suit**

I am requesting the Court to deny approval of the proposed Zappos settlement which is a 10% discount on Zappos products. This proposal would only enrich the company and not make amends for the damage that was done to consumers during the data breach.

I was informed by Zappos that I was a customer in January 2012 and a Settlement Class Member. I do not intend to appear at the Final Approval Hearing.

To repeat the reason for my objection to this proposal, a 10% discount coupon to each customer would only enrich the company and not make amends for the damage that was done to consumers during the data breach.

If possible, I would like to become one of the class representatives.

Thank you
*Rose M Jones*
Rose M. Jones

ROSE JONES
8982 RUNYON ST
DETROIT, MI 48234

United States District Court
District of Nevada
Courtroom 3
400 S. Virginia Street
Reno NV 89501-2132



$0.500
US POSTAGE
FIRST-CLASS
FROM 48234
OCT 29 2019
stamps.com

0625000673953