336 Eighth Ave.
Pelham, NY 10803
October 25, 2019

U.S. District Court, District of Nevada
Clerk of the Court
400 South Virginia St. suite 301
Reno, NV 89501

Copies to:
Class Counsel
Ben Barnow
Barnow and Associates, P.C.
205 West Randolph Street, Suite 1630
Chicago, IL 60606
and
Counsel for Zappos
Stephen J. Newman
Stroock & Stroock & Lavan LLP
2029 Century Park East, 18th Floor
Los Angeles, CA 90067



Re: Case No. 3:12-cv-00325-RCJ-VPC, MDL No. 2357

I am Shaun Breidbart. I reside at 336 Eighth Ave, Pelham, NY 10803. I am a Zappos settlement class member, as evidenced by emails I've received from the administrator at my email address ShaunBreidbart@yahoo.com. I do not intend to appear in person at the hearing.

**I object to this settlement.** I don't object to paying lawyers for their time, expenses and risk- I understand how contingency class-actions work.

What I object to is that essentially the class is receiving nothing. If we exercise this small discount Zappos is making a PROFIT from the settlement. That the only way we get anything from this settlement is to continue to do business with the defendant is inexcusable.

The court should not in good conscious approve this settlement. I realize the logistical complications of giving every class member, say, five or ten dollars, but that would be more reasonable.

Furthermore, that the documents provided to class members didn't even include the court's mailing address demonstrates the carelessness with which this matter has been handled.

Sincerely,

*Shaun Breidbart*
Shaun Breidbart

**Mr. Shaun Breidbart**
336 Eighth Ave
Pelham, NY 10803-1304

WESTCHESTER NY 105
30 OCT 2019 PM 4 L

89501-219576

U.S. District Court, District of Nevada
Clerk of the Court
400 South Virginia St. Suite 301
Reno, NV 89501

