Levi Edward Papiernik
3371 Lennon Ln
Marion, IA 52302

3:12cv325



Hello,

My name is Levi Papiernik.   I was a customer of Zappos at the time the data breach occurred in
January 2012 and I am a Settlement Class Member.  I object to the settlement offer of a 10% discount
code.  I do not believe this settlement represents a penalty, and is actually more like a reward for
Zappos.  Offering a discount to settlement members entices them to visit the online store, incentivizes
them to make purchases that they otherwise might not have made, and Zappos still obtains 90% of any
purchases.  This settlement is basically free advertising and revenue for Zappos.

I do not intend to attend the Final Approval Hearing.

Thank you,

Levi Papiernik

8966909271819I4

FOREVER

CEDAR RAPIDS
IA 522
31 OCT '19
PM 1 L

Levi Papiernik
3391 Lennon Ln
Marion, IA 52302

Las Vegas Clerk's Office
333 Las Vegas Boulevard South
Las Vegas, NV 89101

89101-706599