Kyna Hu
50 Whitten Ave
Stoughton, MA 02072

Thursday, October 30, 2019

Clerk Office of U.S. District Court, District of Nevada
333 Las Vegas Boulevard South
Las Vegas, NV 89101



Honorable Judge,

I am a member of the class action lawsuit against Zappos in their January 2012 data breach (Case No. 3:12-cv-00325-RCJ-VPC, MDL No. 2357). Please find enclosed a copy of the email I received from Zappos regarding this settlement and let it serve a proof that I am part of this class action.

While I do not intend to appear at the Final Approval Hearing, either in person or through counsel, I do want to make a clear objection to the proposed settlement.

As stated in Zappos email, enclosed, that the settlement is 10% off my next purchase at Zappos.com made within the next year. This is NOT a penalty by any means and will send the wrong message to the eCommerce community.

The offered discount, however large or small, to the next purchase will require the victim to the class action to spend more money on Zappos and adding to Zappos bottom line. This is no benefit to the victim because the victim will have to spend additional money that they will not have to otherwise; nor is it a punishment to Zappos because they will receive revenue based on the victims' purchase due to the proposed settlement.

I, therefore, object to this settlement and strongly urge the court to deny such a settlement. If the court approves this settlement, the message to the eCommerce community will be such that security incidents are revenue generators and there is minimal negative consequence in carelessly treating private consumer data. Such precedence will put consumer privacy at even more risk. I implore you to consider the effect on our society before making a decision and deny the proposed settlement.

Sincerely,

Kyna Hu

 **Gmail**  Kyna Hu <qthespian@gmail.com>

## Settlement notification re: 2012 security incident

1 message

**Zappos Data Settlement Administrator** <info@e.zapposdatasettlement.com>  Mon, Oct 21, 2019 at 10:22 PM
To: qthespian@gmail.com

**Please take a moment to read this email.**

Hi Kyna Hu,

You are receiving this email because you were a Zappos customer in January 2012. As such, we are writing to inform you that a resolution has been reached in the class action lawsuit filed because of the data breach that occurred during that time.

Important additional information is below, but the short version is that you are getting a 10%-off discount code to use on an order placed before the end of year. You may also transfer the code to someone else

Here is your one-time-use code: LEB9-J6A73C-AQD3AW. Once you've selected the items you want to purchase on Zappos.com or the Zappos App, select "Proceed to Checkout" and you'll have a chance to enter your code.

- For Desktop Users: Under "2. Payment Method," you'll see a dropdown for "Add gift card or rewards code." Simply enter the code there, click "Apply," and continue checking out.
- For App Users: Select "Gift Codes" in the top right corner, enter your code, select save, and continue checking out.

Thank you for your patience and understanding and, as always, we're here to help. If you need help with placing an order, please don't hesitate to reach out by contacting us at 2012action@zappos.com. If you need assistance regarding your legal rights related to this Notice, please see below and contact Zappos Settlement Administrator, P.O. Box 43434, Providence, RI 02940-3434, 1-855-263-1060.

Your Friends at Zappos

*In re: Zappos.com, Inc. Customer Data Security Breach Litigation*
United States District Court, District of Nevada,
Case No. 3:12-cv-00325-RCJ-VPC,
MDL No. 2357

COURT ORDERED NOTICE OF CLASS ACTION SETTLEMENT

You are a member of the Settlement Class in the above-captioned lawsuit, which relates to a data security hack against Zappos.com in January 2012. The case has settled, and you may use the unique code provided above for 10% off a single future online purchase of goods on Zappos.com (or via the Zappos.com mobile app), exclusive of shipping costs and taxes. You may also transfer or sell this code to someone else for personal, non-commercial use.

The Court has preliminarily approved this settlement. It will hold a Final Approval Hearing in this case on December 20, 2019 at 10:00 a.m. in Courtroom 3 of United States District Court for the District of Nevada, located at 400 S. Virginia Street, Reno, Nevada 89501. At the Final Approval Hearing, the Court will decide whether to approve the settlement and whether to grant Class Counsel's requests for $1,597,500 in attorneys' fees, costs, and expenses, and for service awards of $2,500 to each of the nine Representative Plaintiffs (i.e., a total of $22,500 in requested service awards). You have the right to attend the Final Approval Hearing and to be represented by counsel of your choice (at your own expense). For more information, including information about how to object to the settlement or to the request for attorneys' fees, costs, expenses or to the request for service awards, please visit this website www.zapposdatasettlement.com.

If you do not use or transfer your discount code, you have the right to request exclusion from the settlement ("opt out") or to object to the settlement, but the deadline for this is November 29, 2019. Please click here for additional details.

If you do not request exclusion from the settlement before the deadline and if the Court approves the settlement, you will release (give up) all claims against Zappos and related parties (including Amazon.com) that pertain in any way to the January 2012 data security hack.

If the court does not approve the settlement, the discount code may expire at the time of the Final Approval Hearing; otherwise the discount code is good until December 31, 2019.

Please review the complete, court-approved notice here for additional information, rules for use of the discount code and information about how to obtain a substitute code if you are unable to use it due to hospitalization or military service.

If you believe you have received this message in error, please use this link to unsubscribe.

Ms. Kyna Hu
50 Whitten Ave
Stoughton, MA 02072



BROCKTON MA 023
01 NOV 2019 PM 3 L

Clerk Office of U.S. District Court
District of Nevada
333 Las Vegas Boulevard South
Las Vegas, NV 89101