Las Vegas Clerk's Office:

333 Las Vegas Boulevard South
Las Vegas, NV 89101

October 19, 2019

3:12cv 325



Monica Wooton

3540 26th Pl W, 201B

Seattle WA 98199

No Counsel

Will Not Appear

District Court of Nevada

**It is terrible that Zappos will make additional money off its security breach by providing a 10% discount on merchandise you have to purchase as a "settlement".** Unbelievable! And, should be illegal! I have loved Zappos and this has really changes my opinion of the company! Most breaches include tangible settlement or coverage of some identity protection service.

This self-serving "settlement" is a horrible idea and tarnishes the reputation of Zappos! The directions to file an objection do not even include the address of the United States Court of the District of Nevada! And, requires me to spend time on a matter that should have never been proposed as a "settlement".

I realize this is probably legal and nothing will be done because of my writing this letter and not being able to hire counsel, which also speaks to the state of corporations over individuals in America! Zappos gives us the impression it is a consumer caring business...now we know it is no such thing – it is a corporation that puts profits over people in the age of technology!

Sincerely,

Monica Wooton

Email I received 10/19/2019   6:42am:

```
Please take a moment to read this email.

Hi monica wooton,

You are receiving this email because you were a Zappos customer in January
2012. As such, we are writing to inform you that a resolution has been
```

reached in the class action lawsuit filed because of the data breach that occurred during that time.

Important additional information is below, but the short version is that you are getting a 10%-off discount code to use on an order placed before the end of year. You may also transfer the code to someone else.

Here is your one-time-use code: LERX-BFSG6N-UTNVA3.  Once you've selected the items you want to purchase on Zappos.com or the Zappos App, select "Proceed to Checkout" and you'll have a chance to enter your code.

• For Desktop Users: Under "2. Payment Method," you'll see a dropdown for "Add gift card or rewards code." Simply enter the code there, click "Apply," and continue checking out.
• For App Users: Select "Gift Codes" in the top right corner, enter your code, select save, and continue checking out.

Thank you for your patience and understanding and, as always, we're here to help. If you need help with placing an order, please don't hesitate to reach out by contacting us at mailto:2012action@zappos.com.  If you need assistance regarding your legal rights related to this Notice, please see below and contact Zappos Settlement Administrator, P.O. Box 43434, Providence, RI 02940-3434, 1-855-263-1060.

Your Friends at Zappos

In re:  Zappos.com, Inc. Customer Data Security Breach Litigation
United States District Court, District of Nevada,
Case No. 3:12-cv-00325-RCJ-VPC,
MDL No. 2357

COURT ORDERED NOTICE OF CLASS ACTION SETTLEMENT
You are a member of the Settlement Class in the above-captioned lawsuit, which relates to a data security hack against Zappos.com in January 2012. The case has settled, and you may use the unique code provided above for 10% off a single future online purchase of goods on Zappos.com (or via the Zappos.com mobile app), exclusive of shipping costs and taxes.  You may also transfer or sell this code to someone else for personal, non-commercial use.

The Court has preliminarily approved this settlement.  It will hold a Final Approval Hearing in this case on December 20, 2019 at 10:00 a.m. in Courtroom 3 of United States District Court for the District of Nevada, located at 400 S. Virginia Street, Reno, Nevada 89501. At the Final Approval Hearing, the Court will decide whether to approve the settlement and whether to grant Class Counsel's requests for $1,597,500 in attorneys' fees, costs, and expenses, and for service awards of $2,500 to each of the nine Representative Plaintiffs (i.e., a total of $22,500 in requested service awards). You have the right to attend the Final Approval Hearing and to be represented by counsel of your choice (at your own expense).  For more information, including information about how to object to the settlement or to the request for attorneys' fees, costs, expenses or to the request for service awards, please visit this website
http://e.zapposdatasettlement.com/rd/9z1zf2t1qr0tb8gq3423ch18pjld149o0hq8vvu4mp8.

If you do not use or transfer your discount code, you have the right to request exclusion from the settlement ("opt out") or to object to the

settlement, but the deadline for this is November 29, 2019. Please click here
(http://e.zapposdatasettlement.com/rd/9z1z5ajerditlesob79cf0q8uv57d84ag8b2t2i kh7o) for additional details.

If you do not request exclusion from the settlement before the deadline and if the Court approves the settlement, you will release (give up) all claims against Zappos and related parties (including Amazon.com) that pertain in any way to the January 2012 data security hack.

If the court does not approve the settlement, the discount code may expire at the time of the Final Approval Hearing; otherwise the discount code is good until December 31, 2019.

Please review the complete, court-approved notice here
(http://e.zapposdatasettlement.com/rd/9z1z83t5dmkb42ptijm9qnhlsv6gueqeqn04kj9 0c3o) for additional information, rules for use of the discount code and information about how to obtain a substitute code if you are unable to use it due to hospitalization or military service.

If you believe you have received this message in error, please use this link to unsubscribe:
http://e.zapposdatasettlement.com/prefs/9z1z60cfbjso8j65m7tdt4m5ovuf7e7nv6a01 7vki88

You must object to the proposed settlement in writing. All written objections and supporting papers must include: (1) your full name and postal address, and, if represented by counsel, the name, bar number, address and telephone number of your attorney; (2) a statement that you are a Settlement Class Member; (3) documents establishing, or information sufficient to allow the Parties to confirm, that you are a Settlement Class Member; (4) a statement whether you intend to appear at the Final Approval Hearing, either in person or through counsel; (5) a statement of your specific objections and the grounds supporting the objections; (6) identification and production of copies of any documents that you desire the Court to consider; and (7) your original signature (for individuals) or the original signature of a legally-authorized representative (for entities). Your objection must be filed with the Clerk of the United States District Court for the District of Nevada by November 29, 2019. Objections made through counsel must be filed and served electronically through the Court's CM/ECF system. If you are not represented by counsel and file your objection with the Court in paper format, you must also mail copies of your objection to Class Counsel and Counsel for Zappos postmarked no later than November 29, 2019, at the address below: Class Counsel Ben Barnow Barnow and Associates, P.C. 205 West Randolph Street, Suite 1630 Chicago, IL 60606 Counsel for Zappos Stephen J. Newman Stroock & Stroock & Lavan LLP 2029 Century Park East, 18th Floor Los Angeles, CA 90067

Thornton
3640 26TH Pl SW, 201B
Seattle, WA
98199

re: Bzyp[...] coup
c/o US District Court Office
333 Las Vegas Blvd
South, Las Vegas, NV
89101

Case # 3:12-cv-00325-
RCJ-VPC

SEATTLE WA 980
01 NOV 2019 PM 5 L

8910187065 0075