

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Zappos.com, Inc. Customer Data<br>Security Breach Litigation | Case No. 3:12-cv-00325-RCJ-VPC<br><br>MDL No. 2357 |
| This document relates to:<br><br>All cases | |

### INTERESTED PARTY DANIEL J. AUERBACH'S MOTION FOR AUTHORIZATION TO FILE ELECTRONICALLY AS A *PRO SE* LITIGANT

The undersigned—a class member who has not made any prior filings in this matter but who may object to the proposed settlement as an interested party—respectfully requests this Court's authorization to make *pro se* filings electronically under LR IC 2-1(c).[1] Granting such authorization will aid this Court's review of any filings by eliminating the need to scan them and will permit the undersigned to more easily keep apprised of developments in this matter.

Respectfully submitted,

/s/ Daniel Auerbach
Daniel J. Auerbach
1500 John F. Kennedy Blvd., Suite 1203
Philadelphia, PA 19102
(215) 567-1486
dan@gamburglaw.com

*Interested party pro se*

Dated: November 6, 2019

---

[1] The undersigned is an attorney, licensed in Pennsylvania and admitted to the Eastern District of Pennsylvania, the Northern District of New York, and the Third Circuit. The undersigned is not admitted in this Court and acts *pro se* in this matter.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Zappos.com, Inc. Customer Data<br>Security Breach Litigation<br><br>This document relates to:<br><br>All cases | Case No. 3:12-cv-00325-RCJ-VPC<br><br>MDL No. 2357 |

## CERTIFICATE OF SERVICE

I certify that I sent this paper by first-class U.S. mail to the following:

Ben Barnow, Esq.
Barnow and Associates, P.C.
205 West Randolph Street, Suite 1630
Chicago, IL 60606

*Class Counsel*

Stephen J. Newman, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, 18th Floor
Los Angeles, CA 90067

*Counsel for Zappos*

_____
Daniel J. Auerbach
1500 John F. Kennedy Blvd., Suite 1203
Philadelphia, PA 19102
(215) 567-1486
dan@gamburglaw.com

*Interested party pro se*

Dated: November 6, 2019