Daniel J. Auerbach
1500 John F. Kennedy Blvd., Suite 1203
Philadelphia, PA 19102
(215) 567-1486 | dan@gamburglaw.com

November 6, 2019

Clerk's Office
United States District Court for the District of Nevada
400 South Virginia Street
Reno, NV 89501

      RE:    **In re Zappos.com, Inc. Customer Data Security Breach Litigation**
              No. 3:12-cv-00325-RCJ-VPC)

To whom it may concern:

Attached for paper filing is my motion for leave to electronically file as a *pro se* litigant. I am not currently listed on the docket but am an interested party in this class action, as outlined in the motion. I would ask to be added to the docket as an interested party.

Thank you for your assistance.


Respectfully submitted,

*/s/ Daniel Auerbach*
Daniel J. Auerbach