To: Clerk of the United States District Court for the District

of Nevada

    400 S. Virginia Street

    Reno, NV 89501



From:    Harlan Kanoa N Sheppard

    91-545 Huleia Place

    Ewa Beach HI 96706-2310


RE: Zappos.com, Inc. Customer Data Security Breach Litigation

United States District Court, District of Nevada   Case No. 3:12-cv-00325-RCJ-VPC,    MDL No. 2357


To whom it may concern:


I am a member of the settlement class, and have appended a copy of the email I received 2012-01-15 appraising me of the data breach as proof of my standing. On account of distance, I do not anticipate appearing at the final approval hearing.

1

I object to the proposed settlement.

(cont.)



Poor security practices of the kind that Zappos exhibited contribute the data of private citizens into the public domain. That data has been irrevocably lost, and contributes valuable points of data to data mining efforts. The offered discount code is insulting, given the gravitas of this offense.

It is entirely reasonable that a malign actor could use the information to apply for credit, given that one of the verification questions centers on places of domicile. Similarly, such detailed and correct personal information could be used for spear-phishing (targeted fraud, which uses previously gained personal information to develop confidence with the victim).

Corporate negligence of this kind should be recognized punitively, and with the appropriate force and verve to deter its recurrence.

Sincerely,

Harlan Kanoa N Sheppard

2019-11-01



Harlan Kanoa Sheppard <harlan.117@gmail.com>

## Information on the Zappos.com site - please create a new password
1 message

**Zappos.com** <zappos@zappos.com>  Sun, Jan 15, 2012 at 10:28 PM
Reply-To: passwordchange@zappos.com
To: harlan.117@gmail.com

Zappos.com



First, the bad news:

We are writing to let you know that there may have been illegal and unauthorized access to some of your customer account information on Zappos.com, including one or more of the following: your name, e-mail address, billing and shipping addresses, phone number, the last four digits of your credit card number (the standard information you find on receipts), and/or your cryptographically scrambled password (but not your actual password).

THE BETTER NEWS:

The database that stores your critical credit card and other payment data was NOT affected or accessed.

SECURITY PRECAUTIONS:

For your protection and to prevent unauthorized access, we have expired and reset your password so you can create a new password. Please follow the instructions below to create a new password.

We also recommend that you change your password on any other web site where you use the same or a similar password. As always, please remember that Zappos.com will never ask you for personal or account information in an e-mail. Please exercise caution if you receive any emails or phone calls that ask for personal information or direct you to a web site where you are asked to provide personal information.

PLEASE CREATE A NEW PASSWORD:

We have expired and reset your password so you can create a new password. Please create a new password by visiting Zappos.com and clicking on the "Create a New Password" link in the upper right corner of the web site and follow the steps from there.

We sincerely apologize for any inconvenience this may cause. If you have any additional questions about this process, please email us at passwordchange@zappos.com.

This was sent to harlan.117@gmail.com.

© 1998 - 2012 Zappos.com, Inc. or its affiliates
2280 Corporate Circle, Henderson, Nevada 89074

Zappos.com is operated by Zappos Development, Inc.
Products on Zappos.com are sold by Zappos Retail, Inc.
Gift certificates and gift cards on Zappos.com are sold by Zappos Gift Cards, Inc.