

Matt Russak
5252 Vantage Ave, Unit 1
Valley Village, CA 91607
310.494.6944

5 November 2019

*In re: Zappos.com, Inc. Customer Data Security Breach Litigation*
United States District Court, District of Nevada
Case No. 3:12-cv-00325-RCJ-VPC
MDL No. 2357

Clerk's Office
United States District Court, District of Nevada
333 Las Vegas Blvd South
Las Vegas, NV 89101

## OBJECTION OF PROPOSED CLASS ACTION SETTLEMENT

Dear Clerk of the Court,

I am an unnamed member of the affected class set forth in Case No. 3:12-cv-00325-RCJ-VPC. I fully object to the proposed settlement terms emailed to class members by the Settlement Administrator on 17 October 2019 and hereby request that the court deny the proposed settlement.

In light of the harm suffered by class members, the proposed terms of the settlement inequitably compensates the Class Council's team and fails to provide any meaningful relief to the class purportedly represented by this action. As I understand under the proposal, Zappos.com will pay $2,500 to each of the nine named Class Representatives and will pay $1,597,500 to Class Council, while the countless unnamed Class Members receive only a voucher valid for 10% off a future purchase (which must be completed on or before 31 December 2019) – a settlement that against common sense, requires the damaged class to pay *more* money to Zappos.com in order to receive any form of relief.

<u>This proposed settlement rewards everyone involved but the very class it allegedly seeks to protect and should be denied.</u>

As instructed by the settlement proposal documentation, I have provided my full name and contact information above. My email on file with Zappos.com, for the purpose of verifying my Class Member status, is zappos@fwd.russak.org. I will not be able to attend the Final Approval Hearing in person or through counsel, as it is not economically feasible for me to travel out of state to appear Pro Se.

It is my sincere hope that the Court will agree that this proposed settlement <u>fails in its duty to provide any meaningful equitable relief to those affected</u> by the alleged actions of Zappos.com and will deny the settlement.

Sincerely,

Matt Russak

cc: Mr. Ben Banow, Class Council
    Stephen J. Newman, Counsel for Zappos

M. Russak
5252 Vantage Ave, Unit 1
Valley Village, CA 91607

LOS ANGELES CA 900
07 NOV 2019 PM 5 L

COST CENTER
100162

Clerk's Office
United States District Court
District of Nevada
333 Las Vegas Blvd South
Las Vegas, NV 89101

89101-706599