Clerk of the United States District Court
for the District of Nevada
Case No. 3:12-cv-00325-RCJ-VPC, MDL No. 2357
400 S. Virginia Street, Reno, Nevada 89501

Ben Barnow
Barnow & Associates, P.C.
205 West Randolph St., Suite 1630
Chicago, IL 60606

Stephen J Newman
Stroock & Stroock & Lavan LLP
2029 Century Park East, 18th Floor
Los Angeles, CA 90067

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
NOV 15 2019
"NO COPY"
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

I, Elias K Gardner, residing at 405 Culver Hill Road, Middlesex, Vermont 05602, a settlement class Member, zappos account zerkerz@gmail.com last transaction # 26271478 on Nov, 29, 2009, who does not intend to appear at the Final Approval Hearing, do object to the proposed settlement of a 10% discount on zappos.com. My objection is for the primary reason that to benifit from this settlement I would need to have money and decide to spend it at zappos. Potentially Zappos will regain customers and make profit off of this settlement, possibly incentivizing zappos to continue the same behavior intended to be stopped. It also concerns me that settlement class Members with more financial resources stand to benifit more from this proposed settlement than those with less resources. For these reasons I urge the parties and the court to come up with a settlement that does not incentivise leaving customers at high end risk without disclosure, and does not require settlement class Members to be patrons of zappos.com to benefit. Finally why can't this objection be submitted by email? The paper requirement seems outdated and intended to limit participation by settlement class Members.

Thank You

2019-11-03

Elias K Gardner