KAEMPFER CROWELL
Robert McCoy, No. 9121
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rmccoy@kcnvlaw.com

STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland *(Pro HacVice)*
Stephen J. Newman (*Pro Hac Vice*)
Brian C. Frontino *(Pro Hac Vice)*
2029 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone:  (310) 556-5800
Facsimile:  (310) 556-5959
Email: jstrickland@stroock.com
Email: snewman@stroock.com
Email: bfrontino@stroock.com

Attorneys for Defendant
Zappos.com, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| IN RE ZAPPOS SECURITY BREACH LITIGATION | MDL: 2357 |
|---|---|
| | Case No. 3:12-cv-00325-RCJ-VPC |
| ---------------------------------------------- | |
| This document relates to: | **STIPULATION REGARDING SUPPLEMENTAL NOTICE** |
| ALL ACTIONS | |

WHEREAS, on November 4, 2019, the Court entered its Order Granting Joint Emergency Motion for Administrative Relief Pursuant to Local Rule 7-4 and the All Writs Act, 28 U.S.C. § 1651 (ECF No. 358) (the "Emergency Order"); and

WHEREAS, the Emergency Order provides, in relevant part, that "the Parties will issue a notice to all members of the Class informing them of the fraudulent website, re-identifying the correct website for class members to register, and establishing a point of contact

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2457830_1   17189.2

Page 1 of 3

1  for any class members who have visited or used the fraudulent website"; and

2  WHEREAS, to date, more than 126,000 class members have redeemed the
3  discount codes described in the settlement agreement in this matter, with the total value of
4  redeemed discounts exceeding $1,739,000; and

5  WHEREAS, the parties propose a supplemental notice herein, to address the
6  matters set forth in the Emergency Order, to make it easier for settlement class members to
7  redeem their discount codes, and to provide greater explanation of how the discount code
8  program operates.

9  NOW, THEREFORE, the Parties stipulate and agree, by and through their
10 respective undersigned counsel of record, as follows:

11 1. During the period November 15-30, 2019, Zappos shall email (or shall
12 cause the Settlement Administrator to email) supplemental notice, substantially in the form
13 attached hereto as Exhibit A, to all previously contacted settlement class members (including
14 those who have objected or submitted requests for exclusion); and

15 2. Zappos shall bear the costs of the supplemental notice described herein.

16 O'MARA LAW FIRM, P.C.                           KAEMPFER CROWELL

18 By  /s/ David C. O'Mara                         By  /s/ Robert McCoy
    David C. O'Mara, No. 8599                         Robert McCoy, No. 9121
    311 East Liberty Street                           1980 Festival Plaza Drive, Suite 650
19  Reno, Nevadad 89501                               Las Vegas, Nevada 89135

20 BARNOW AND ASSOCIATES, P.C.                     STROOCK & STROOCK & LAVAN LLP
   Ben Barnow (*pro hac vice*)                    Julia B. Strickland *(Pro Hac Vice)*
21 One North LaSalle Street, Suite 4600            Stephen J. Newman *(Pro Hac Vice)*
   Chicago, IL 60602                              Brian C. Frontino *(Pro Hac Vice)*
22                                                 2029 Century Park East, Suite 1600
                                                   Los Angeles, California 90067
23
                                                   Attorneys for Defendant Zappos.com, Inc.
24

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2457830_1  17189.2

Page 2 of 3

1  THE COFFMAN LAW FIRM
   Richard L. Coffman (*pro hac vice*)
2  First City Building
   505 Orleans Street, Fifth Floor
3  Beaumont, TX 77701

4  FINKELSTEIN, BLANKINSHIP,
   FREI-PEARSON & GARBER, LLP
5  Jeremiah Frei-Pearson (*pro hac vice*)
   445 Hamilton Avenue, Suite 605
6  White Plains, New York 10601

7  GLANCY PRONGAY & MURRAY LLP
   Marc L. Godino (*pro hac vice*)
8  1925 Century Park East, Suite 2100
   Los Angeles, California 90067

9
   Attorneys for Plaintiffs
10

11                                     **ORDER**

12           IT IS SO ORDERED.

13                                     _____
                                       ROBERT C. JONES
14                                     United States District Judge

15                                     Dated:  November 15, 2019.

# EXHIBIT A

Reminder Notice to Class Members

# EXHIBIT A

**Please take a moment to read this email**

Dear (customer name),

You should have received an email in mid-October about a proposed class action settlement, stating that because you were a customer of Zappos in January 2012, you are entitled to receive a 10% discount on your next Zappos purchase.  This discount was part of a settlement reached in the lawsuit filed because of the data breach that occurred in January 2012.

We wanted to reach out again to remind you that you may use your discount code between now and the end of the year (December 31, 2019 at 11:59 pm pacific time to be exact).  Here are some highlights for using your discount code:

- You may combine it with other promotions, discounts or points that you have on your Zappos account.
- You can use it on ANY item available on the Zappos app or website, including items that are on sale.
- Your discount code is good on your entire order, no matter how many items you have in your shopping cart.
- There is no limit to how much you can save on your purchase.
- Or, if you prefer, you can simply transfer the code to someone else to use.

If you have already used your discount code and you need to return or exchange the items you purchased with it, feel free to contact our Customer Loyalty Team at (877) 927-2332.  They will be happy to assist you and provide you with a new discount code for your return/exchange purchase.

Once again, here is your one-time-use code: «CouponCODE».  Once you've selected the items you want to purchase, select "Proceed to Checkout" and you'll have a chance to enter your code.

- For Desktop Users: Under "2. Payment Method," you'll see a dropdown for "Add gift card or a VIP code." Simply enter the code there, click "Apply," and continue checking out.
- For App Users: Select "Gift Codes" in the top right corner, enter your code, select save, and continue checking out.

For additional information regarding the settlement and your legal rights to object or opt out of this settlement, please visit www.Zapposdatasettlement.com, which is the only official settlement website.  Please be aware that the website www.zapposdatabreachsettlement.com is a counterfeit website that was ordered closed by the Court.  If you inadvertently visited the counterfeit website before it was closed, you may contact (310) 201-9150 for additional information.

Thank you for your patience and understanding and, as always, we're here to help. If you need help with placing an order, please don't hesitate to reach out by contacting us at 2012action@zappos.com or (877) 927-2332.  If you need information about the settlement, please write to:  Zappos Settlement Administrator, P.O. Box 43434, Providence, RI  02940-3434, or telephone 1-855-263-1060.

We appreciate you,

Your Friends at Zappos