AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

IN RE ZAPPOS SECURITY BREACH LITIGATION

MDL No.: 2357

Case No. 3:12-cv-00325-RCJ-VPC

JUDGMENT IN A CIVIL CASE

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the findings, terms, and conditions of this court's Final Approval Order filed December 23, 2019 (ECF No. 418), the Agreement and the Settlement as set forth therein are approved, and judgment is hereby entered accordingly.

Date:  December 26, 2019

__DEBRA K. KEMPI__
Clerk



  /s/  D.R. Morgan
Deputy Clerk